UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ARJI RASHIDI, | Case No. 21-cv-00209-BAS-AHG |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO DISMISS (ECF No. 10)** |
| v. | |
| GG HOMES, INC, | |
| Defendant. | |

On February 3, 2021, Plaintiff Arji Rashidi, proceeding *pro se*, commenced this action against Defendant GG Homes, Inc. (Compl., ECF No. 1.)  After GG Homes filed its first motion to dismiss the Complaint, Rashidi amended the Complaint.  (First. Am. Compl., ECF No. 9.)  GG Homes renewed its motion to dismiss ("the Motion"), with a noticed hearing date of June 7, 2021.  (ECF No. 10.)  Under this district's local rules, Plaintiff's deadline to oppose the Motion fell on May 24, 2021.  *See* Civ. L.R. 7.1(e)(2). Plaintiff has not opposed the Motion.

Civil Local Rule 7.1(f)(3)(c) provides that a failure to oppose a motion "may constitute a consent to the granting of a motion or other request for ruling by the Court." The Ninth Circuit has held that a district court may properly grant a motion to dismiss for failure to respond pursuant to the court's local rules.  *See Ghazali v. Moran*, 46 F.3d 52, 52 (9th Cir. 1995) (per curiam) (affirming dismissal for failure to file timely opposition

papers where plaintiff had notice of the motion and ample to time to respond). Furthermore, even though federal courts will construe pleadings liberally in their favor, "pro se litigants are bound by the rules of procedure." *Ghazali*, 46 F.3d at 54 (citing *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987), *overruled on other grounds by Lacey v. Maricopa Cnty.*, 693 F.3d 896 (9th Cir. 2012)).

Here, it has been more than 21 days since Plaintiff's deadline to file an opposition expired. Plaintiff was aware of the Motion and "was given ample time to respond to" it, but he failed to do so. *See Ghazali*, 46 F.3d at 54. The Court therefore deems Plaintiff's failure to oppose Defendant's motion as consent to granting it. *See* Civ. L.R. 7.1(f)(3)(c). Accordingly, the Court **GRANTS** Defendant's Motion to Dismiss (ECF No. 10) and **DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaint.

IT IS SO ORDERED.

DATED: June 15, 2021

Hon. Cynthia Bashant
United States District Judge