

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Arji Rashidi

**Civil Action No.** 21-cv-00209-BAS-AHG

**Plaintiff,**

**V.**

GG Homes, Inc

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Defendant's Motion to Dismiss (ECF No. 10) and DISMISSES WITHOUT PREJUDICE Plaintiff's Complaint

**Date:**      6/16/21

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  J. Rinehart

J. Rinehart, Deputy